### MADDEN v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term.    June 1, 1906.)

Appeal from Municipal Court, Borough of Manhattan, Eleventh District.

Action by James Madden against the New York City Railway Company. From a judgment for defendant, plaintiff appeals. Reversed, and new trial granted.

Argued before GILDERSLEEVE, DAVIS, and CLINCH, JJ.

Harcourt Bull, for appellant.
William E. Weaver, for respondent.

PER CURIAM. Plaintiff sued under section 104 of the railroad law (Laws 1890, p. 1114, c. 565, as amended by Laws 1892, p. 1406, c. 676), to recover $50 penalty for refusal to give him a transfer.

This judgment should be reversed, and a new trial granted, with costs to appellant to abide the event, for reasons similar to those set forth for the reversal of the judgments in cases numbered 93 and 155 on the calendar, 99 N. Y. Supp. 320, 321.